**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD MITCHELL, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> J. SOTO, WARDEN, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV 13-04903 JAK (RZ) <br><br> JUDGMENT |

This matter came before the Court on the Petition of LEONARD MITCHELL, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 31, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE